**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Trustees of the IBEW-NECA RETIREMENT PLAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DENNIS STRICKLAND LLC d/b/a INLINE ELECTRICAL CONTRACTING,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)   Cause No: 4:07cv1044 ERW<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIAL DEFAULT JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Partial Default Judgment against Defendant Dennis Strickland LLC d/b/a Inline Electrical Contracting.

After careful consideration of the motion and the record in this case, it appearing that Defendant Dennis Strickland LLC d/b/a Inline Electrical Contracting has failed to plead or otherwise defend in this action, that the Clerk has previously entered a default against Defendant Dennis Strickland LLC d/b/a Inline Electrical Contracting, on July 20, 2007, and that to accurately determine the amount of Plaintiffs' claim, an audit and accounting of Defendant Dennis Strickland LLC d/b/a Inline Electrical Contracting is required,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant Dennis Strickland LLC d/b/a Inline Electrical Contracting for all unpaid contributions and union dues owed for the period from May 2005 to the present, plus interest and liquidated damages on the late-paid and unpaid and delinquent contributions, and attorney's fees and costs.

**IT IS FURTHER ORDERED** that Plaintiffs have judgment against Defendant Dennis Strickland LLC d/b/a Inline Electrical Contracting for an accounting and audit to determine the amount of contributions owed to the Plaintiffs as well as any interest and liquidated damages.

**IT IS FURTHER ORDERED** that Defendant Dennis Strickland LLC d/b/a Inline Electrical Contracting, Inc. shall produce the following documents covering the period from May 2005 to the present at the office of Plaintiffs' counsel, Schuchat, Cook and Werner, 1221 Locust Street, Second Floor, St. Louis, Missouri 63103, no later than 5 p.m. eleven days after the date of this Judgment and Order:

* All remittance reports filed with any of the Plaintiff Funds;
* All employee sign in or hour sheets;
* Certified payroll reports;
* Records of work completed by employees;
* Federal Form 941's and Form W-2's;
* Federal Form 1096's and 1099's;
* Quarterly unemployment records;
* Employee earnings records for all employees;
* Payroll journals;
* General and payroll disbursement records/bank statements/canceled checks;
* Employee time cards;
* Contribution reports for all employee benefit funds contributed to in order to verify job descriptions for union employees; and
* Any other documents showing the hours worked by or wages paid to employees doing work covered by the Labor Agreements.

So Ordered this 23rd day of August, 2007.

_____
Honorable E. Richard Webber
United States District Judge

315002.WPD